

FILED
CLERK, U.S. DISTRICT COURT

SEP 1 4 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Louie Joseph Garza Jr.,<br><br>    Defendant. | Case No.  16-862 M<br><br>ORDER OF DETENTION |

I.

Defendant appeared before the Court for initial appearance on September 14, 2016.

☒      On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒      On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also

1   considered all the evidence adduced at the hearing and the arguments, the

2   arguments of counsel, and the report and recommendation of the U.S. retrial

3   Services Agency.

4                                               IV.

5

6          The Court bases its conclusions on the following:

7          As to risk of non-appearance:

8                  ☒       No known bail resources and unverified background

9   information

10                 ☒       No stable employment

11                 ☐       Previous parole violation

12                 ☒       Defendant subject to two terms of probation expiring in

13                         November 2017 and August 2018.

14                 ☒       Substance abuse

15                 ☒       Unrebutted presumption [18 U.S.C. § 3142(e)(2)]

16

17

18

19

20

21

22

23

24

25

26

27

28

As to danger to the community:

      ☒     Criminal History – includes numerous felony drug convictions,

      ☒     Allegations in present charging document

      ☒     History of Substance  abuse

      ☒     Current offense conduct occurred while Defendant was on probation for prior drug offense convictions.

      ☒     Unrebutted presumption [18 U.S.C. § 3142(e)(2)]

## V.

☐     The Court finds a serious risk that the defendant will

      ☐     obstruct or attempt to obstruct justice.

      ☐     threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

The Court bases its conclusions on the following:

## VI.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel.  On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal

for the purpose of an appearance in connection with a court proceeding.
[18 U.S.C. § 3142(i)]

Dated: September 14, 2016

/s/

ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE